**FILED**
MAY 2 0 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

AUSA Maureen E. Merin (312) 353-1457

# UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

MAGISTRATE JUDGE ASHMAN

### AFFIDAVIT IN REMOVAL PROCEEDINGS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **08CR 397** |
| NORTHERN DISTRICT OF ILLINOIS | ) | CASE NUMBER: |

The undersigned Affiant personally appeared before Martin C. Ashman, a United States Magistrate Judge, and being duly sworn on oath, states: That at Milwaukee, Wisconsin (U.S. District Court for the Eastern District of Wisconsin), on or about March 21, 2008, one MICHAEL JOSEPH RIO was charged with failure to appear before the Court for a sentencing hearing, in violation of Title 18, United States Code, Section 401(3), and that on the basis of Affiant's investigation and information received concerning the case through official channels, does hereby certify that an Arrest Warrant is outstanding for the arrest of said defendant (attached hereto).

Wherefore, Affiant prays that the defendant be dealt with according to law.

_____
STEVEN LINDER, U.S. Marshal
United States Marshals Service

Subscribed and Sworn to before me this
20th day of May, 2008.

_____
Martin C. Ashman
United States Magistrate Judge

Bond set [or recommended] by issuing Court at  NO BOND SET  _____

AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

## EASTERN DISTRICT OF WISCONSIN

| UNITED STATES OF AMERICA | **WARRANT FOR ARREST** |
|---|---|

V.

CASE NUMBER: 06-Cr-155

MICHAEL JOSEPH RIO
1718 Emerald Pointe Circle
Plainfield, IL 60586

U.S. District Court
Eastern Div. of Wis.
I hereby certify that this is a true and correct copy of the original now remaining of record in my office.

TO: The United States Marshal
and any Authorized United States Officer

JON W. SANFILIPPO, clerk
DATED: 3/21/08
_____ Deputy

YOU ARE HEREBY COMMANDED to arrest    __Michael Joseph Rio__
                                         Name

and bring her to the Court to answer to an

☐ Indictment  ☐ Information  ☐ Complaint  XX Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him with (brief description of offense)

Failure to appear before the Court at the Federal Courthouse in Milwaukee, Wisconsin on March 21, 2008 at 9:30 a.m. for a Sentencing Hearing.

in violation of Title 18 United States Code, Section 401(3).

| HON. RUDOLPH T. RANDA | Chief Judge |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| /s/ Rudolph T. Randa | March 21, 2008   Milwaukee, WI |
| Signature of Issuing Officer | Date and Location |

Bail Fixed at $_____    by _____
                                Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at_____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    Plaintiff,

-vs-                      Case No. 06-Cr-155

MICHAEL JOSEPH RIO,

    Defendant.

---

### ORDER FOR ISSUANCE OF A WARRANT

---

Defendant Michael Joseph Rio was scheduled for a sentencing hearing on March 21, 2008 but failed to appear.

NOW THEREFORE BASED ON THE FOREGOING, IT IS HEREBY ORDERED THAT:

1.  A Bench Warrant shall issue forthwith for the arrest of Michael Joseph Rio.

Dated at Milwaukee, Wisconsin, this __21st__ day of March, 2008.

                   SO ORDERED.

                   s/ Rudolph T. Randa
                   HON. RUDOLPH T. RANDA
                   Chief Judge

US MARSHALS SERVICE    Fax:312-886-0802    May 20 2008 09:28am    P005/015
Case 1:08-cr-00397    Document 1    Filed 05/20/2008    Page 4 of 13

Page 1 of 2

Jacomet, Patricia (USMS)

From: ecfmaster@wied.uscourts.gov
Sent: Friday, March 21, 2008 10:41 AM
To: ecfmaster@wied.uscourts.gov
Subject: Activity in Case 2:06-cr-00155-RTR USA v. Rio Hearing Minutes

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

United States District Court

Eastern District of Wisconsin

**Notice of Electronic Filing**

The following transaction was entered on 3/21/2008 at 10:40 AM CDT and filed on 3/21/2008
**Case Name:**        USA v. Rio
**Case Number:**      2:06-cr-155
**Filer:**
**Document Number:** 35

Docket Text:
**Minute Entry for proceedings held before Chief Judge Rudolph T Randa: Hearing Minutes as to Michael J Rio held on 3/21/2008. Case called for a sentencing hearing but the defendant is not present. Court orders issuance of an arrest warrant. Attorney Baum moves to withdraw as counsel. Court Grants his motion. Attorney Alan R Baum terminated in case as to Michael J Rio. (Court Reporter Heidi Trapp) (Zik, Linda)**


2:06-cr-155-1 Notice has been electronically mailed to:

Penelope L Coblentz penelope.coblentz@usdoj.gov, nancy.zepnick@usdoj.gov

Alan R Baum sfvab@aol.com

2:06-cr-155-1 Notice has been delivered by other means to:

Raj Kumar Singh
Mawicke & Goisman SC
1509 N Prospect Ave
Milwaukee, WI 53202

The following document(s) are associated with this transaction:


3/21/2008

US MARSHALS SERVICE  Fax:312-886-0802  May 20 2008 09:28am P006/015
Case 1:08-cr-00397   Document 1   Filed 05/20/2008   Page 5 of 13

Page 1 of 2

Jacomet, Patricia (USMS)

From: ecfmaster@wied.uscourts.gov
Sent: Friday, August 04, 2006 11:04 AM
To: ecfmaster@wied.uscourts.gov
Subject: Activity in Case 2:06-cr-00155-RTR-WEC USA v. Rio "Arraignment"

\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

United States District Court

Eastern District of Wisconsin

Notice of Electronic Filing

The following transaction was received from kaf, entered on 8/4/2006 at 11:04 AM CDT and filed on 7/31/2006
Case Name:        USA v. Rio
Case Number:      2:06-cr-155
Filer:
Document Number: 4

Docket Text:
Minute Entry for proceedings held before Judge Patricia J Gorence : Arraignment as to Michael J Rio (1) Count 1,2 held on 7/31/2006. N/G plea entered. Speedy Trial Date 10/29/06. Trial Est: 2 days. Referred to Magistrate Judge William E Callahan, Jr. Defendant advised of rights, charges, penalties and fines. Court orders GJ materials disclosed no later than 1 business day prior to trial.. Bond set as to Michael J Rio (1) O/R bond w/conditions Deft. to remain in the ED of WI for court appearances & ND of IL. Report to PTS as directed. No unsupervised contact w/children in Ms. Huante Home where you reside or no unsupervised contact w/any other children. No computer use except for work purposes. Motions due by 8/21/2006. Responses due by 8/31/2006 Replies due by 9/5/2006. Voir Dire deadline due by 10/12/2006. Jury Trial set for 10/16/2006 09:00 AM in Courtroom 320 before Chief Judge Rudolph T Randa. (Tape #10:39:59-10:45:29) (kaf. )

The following document(s) are associated with this transaction:

Document description:Main Document
Original filename:
Electronic document Stamp:
[STAMP dcecfStamp_ID=1001523647 [Date=8/4/2006] [FileNumber=666824-0]
[b688319968a4a2e0fa2481869698ddcfb0d969194fb9bd7aa8a3ef191dede475cc52a
9cfc095a79dae631b4642a3dca8e49f817dadd5dce349a7e7e65cb5e4281]]

2:06-cr-155-1 Notice will be electronically mailed to:

Penelope L Coblentz    penelope.coblentz@usdoj.gov, nancy.zepnick@usdoj.gov

Edward J Hunt    huntlaw@execpc.com.

8/4/2006

AO 199A  (Rev 6/97) Order Setting Conditions of Release                                    Page 1 of 3

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

'06 JUL 31 P2:31

SOFRON B. NEDILSKY
CLERK

United States of America

V.

ORDER SETTING CONDITIONS
OF RELEASE

__MICHAEL J. RIO__     Case Number:  06-CR-155
Defendant

IT IS ORDERED that the release of the defendant is subject to the following conditions:

-1  The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.

-2  The defendant shall immediately advise the court, defense counsel and the U.S. attorney in writing before any change in address and telephone number.

-3  The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant shall appear at (if blank, to be notified) _____
                                                                                                                                         Place
_____ on _____
                                                                     Date and Time

### Release on Personal Recognizance or Unsecured Bond

IT IS FURTHER ORDERED that the defendant be released provided that:

( ✔ ) (4)  The defendant promises to appear at all proceedings as required and to surrender for service of any sentence imposed.

(   ) (5)  The defendant executes an unsecured bond binding the defendant to pay the United States the sum of _____ dollars ($ _____ ) in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed.

DISTRIBUTION:  COURT   DEFENDANT   PRETRIAL SERVICES   U.S. ATTORNEY   U.S. MARSHAL

AO 199B   (Rev. 5/99) Additional Conditions of Release                                                                     Page 2 of 3

## Additional Conditions of Release

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community, it is FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

( ) -6  The defendant is placed in the custody of:
  Name of person or _____
  City _____ State _____
who agrees (a) to supervise the defendant in accordance with all the conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

Signed: _____
  Custodian or Proxy         Date

(X) -7  The defendant shall:
  ( ) (a) maintain or actively seek employment.
  ( ) (b) maintain or commence an educational program.
  (X) (c) abide by the following restrictions on his personal associations, place of abode, or travel:
    Travel restricted to the Eastern District of Wisconsin + ND of IL
    for court appearances
  ( ) (d) avoid all contact with the following named persons, who are considered either alleged victims or potential witnesses:

  (X) (e) report on a regular basis to the supervising officer.
  ( ) (f) comply with the _____
  ( ) (g) refrain from possessing a firearm, destructive device, or other dangerous weapon
  ( ) (h) refrain from excessive use of alcohol.
  ( ) (i) refrain from any use or unlawful possession of a narcotic drug and other controlled substances defined in 21 U.S.C. §802 unless prescribed by a licensed medical practitioner.
  ( ) (j) undergo medical or psychiatric treatment and/or remain in an institution, as _____
  ( ) (k) execute a bond or an agreement to forfeit upon failing to appear as required, the following sum of _____
  ( ) (l) post with the court the following indicia of ownership of the above-described property, or the following amount or described _____
  ( ) (m) execute a bail bond with solvent sureties in the amount of $ _____
  ( ) (n) return to custody each _____ o'clock after being released each (week)day as of _____ o'clock for employment, schooling, or the following limited purpose(s): _____
  ( ) (o) surrender any _____
  ( ) (p) obtain no passport.
  ( ) (q) submit to urine analysis testing upon demand of the supervising officer.
  ( ) (r) participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed advisable by the supervising officer.
  ( ) (s) submit to an electronic monitoring program as directed by the supervising officer.
  (X) (t) other: no unsupervised contact w/ children in the Haunts home where you reside or no contact w/ any other children. No computer use except for work purposes. unsupervised

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICES   US ATTORNEY   U.S. MARSHAL

≈AO 199C    (Rev.6/97) Advise of Penalties ...                                   Page 3 of 3

## Advice of Penalties and Sanctions

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of a Federal offense while on pretrial release will result in an additional sentence of a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to 10 years of imprisonment, and a $250,000 fine or both to obstruct a criminal investigation. It is a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to tamper with a witness, victim or informant; to retaliate or attempt to retaliate against a witness, victim or informant; or to intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
-2 an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;
-3 any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;
-4 a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Signature of Defendant

_____
City and State: Plainfield, Illinois

### Directions to United States Marshal

( ✓ ) The defendant is ORDERED released after processing.
(   ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judicial officer that the defendant has posted bond and/or complied with all other conditions for release. The defendant shall be produced before the appropriate judicial officer at the time and place specified, if still in custody.

Date: July 31, 2006

_____
Signature of Judicial Officer

PATRICIA J. GORENCE, U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer

DISTRIBUTION:    COURT    DEFENDANT    PRETRIAL SERVICE    U.S ATTORNEY    U.S MARSHAL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL J. RIO,

    Defendant.

Case No. 06 CR 155
[T. 18 USC §§2423(b) and 2422(b)]

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or about May 15, 2006, in the State and Eastern District of Wisconsin, and elsewhere,

**MICHAEL J. RIO**

did knowingly travel in interstate commerce, that is, from the State of Illinois to Milwaukee, Wisconsin, for the purpose of engaging in illicit sexual conduct, to wit: a sexual act (as defined in Title 18, United States Code, Section 2246) with a person under eighteen years of age, and said sexual act would be in violation of Chapter 109A of Title 18, United States Code, specifically Title 18, United States Code, Section 2243, if the sexual act

occurred in the special maritime and territorial jurisdiction of the United States.

All in violation of Title 18, United States Code, Section 2423(b).

## COUNT TWO

### THE GRAND JURY FURTHER CHARGES THAT:

On or about May 13, 2006, at Plainfield, Illinois, and in the Eastern District of Wisconsin,

### MICHAEL J. RIO

used a facility in interstate commerce, that is, a computer connected to the Internet, to attempt to knowingly persuade, induce, entice and coerce a person under eighteen years of age, in Milwaukee County, to engage in sexual activity for which the defendant could be charged with a criminal offense under federal law.

All in violation of Title 18, United States Code, Section 2422(b).

## FORFEITURE NOTICE

The United States seeks forfeiture of any property, real and personal, of the defendant that was used or intended to be used to commit or to facilitate the commission of the violations set forth in Count One and Count Two, as authorized by Title 18, United States Code, § 2428. The properties subject to forfeiture include but are not limited to:

a. A Garmin GPS Unit, Serial Number 88573031.

b. An Eliregroup Black GQ5080 computer, with a 40 gigabyte Western Digital hard drive, Serial Number WCAJC2955322.

c. An unnamed silver computer, with a 80 gigabyte Barracuda hard drive, Serial Number SJVRKSAP and a 40 gigabyte Western Digital hard drive, Serial Number WCAATH134747.

Pursuant to Title 18, Untied States Code, Section 2428(b)(1)(A).

In the event that any property described as being subject to forfeiture pursuant to Title 18, United States Code, Section 2428, as the result of any act or omission of the defendant:

a. Cannot be located upon exercise of due diligence;

b. Has been transferred or sold to, or deposited with, a third party;

c. Has been placed beyond the jurisdiction of the court;

d. Has been substantially diminished in value; or

e. Has been commingled with other property which cannot be

4

divided without difficulty.

It is the intent of the United States, pursuant to Title 18, United States Code, Section 2428 (b)(2), to seek forfeiture of any other property of the defendant, up to an amount equivalent to the value of the property described above.

A TRUE BILL:

~~[signature redacted]~~
FOREPERSON

Dated: 6-20-06

[signature]
STEVEN M. BISKUPIC
United States Attorney