# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Martin C. Ashman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 397 - 1 | **DATE** | 5/20/2008 |
| **CASE TITLE** | USA vs. Michael Joseph Rio | | |

**DOCKET ENTRY TEXT**

Removal proceedings held on 5/20/2008. Defendant appears in response to arrest on 5/20/2008. Defendant informed of his rights. Enter order appointing Mary H. Judge from the Federal Defender Program as counsel for defendant for today's purposes only. Defendant waives identity hearing. Government seeks detention. Defendant waives his right to a detention hearing. Order defendant removed to the United States District Court Eastern District of Wisconsin in custody.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:04

| | Courtroom Deputy Initials: | IS |
|---|---|---|