**UNITED STATES DISTRICT COURT**
EVERETT MCKINLEY DIRKSEN BUILDING
UNITED STATES COURT HOUSE
219 S. DEARBORN STREET
CHICAGO ILLINOIS 60604

**MICHAEL W. DOBBINS,**                                  **OFFICE OF THE CLERK**
    **CLERK**          May 21, 2008

Eastern District of Wisconsin
362 United States Courthouse and Federal Bldg
517 East Wisconsin Avenue
Milwaukee, WI 53202

                           **Re: U.S. -v- Rio**
                           **Case:** 06 CR 155

Dear Clerk of Court:

Enclosed please find the certified copy of the docket entries in connection with removal proceedings conducted in this District regarding the above named defendant.

As of January 18, 2005 for civil and criminal cases, our court uses electronic case filing. You may access our electronic case file and print copies of electronically filed documents by following the procedures on the attached Instruction Sheet. You will need Adobe Acrobat reader loaded on your computer in order to view the documents. If you are an electronic court, you may upload the documents. All documents filed prior to electronic filing are included in this transfer package. (January 18, 2005 for civil and criminal cases)

Please **DO NOT MAKE THE ENCLOSED INSTRUCTION SHEET A PART OF THE OFFICIAL RECORD** as it contains your login and password to our system. This login and password should not be shared with anyone other than federal court personnel who would have a need to access our electronic case file system.

  X   Docket Sheet 08 CR 396                    ___ Certifed copy of order dated 5/20/08

____ Order setting conditions of release        ____ Appearance Bond

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

                                                      Sincerely yours,

                                                      Michael W. Dobbins, Clerk

                                                      by:   Laura Springer
                                                             Deputy Clerk